MSF  
Rev. 10/05

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am−4:00pm Monday−Friday

**Dianne Lynn Jungers**  
 2383 Cardinal Dr #3  
San Diego, CA 92123  
xxx−xx−8746  
*Debtor Aliases:*  Dianne Jungers

Case number:  09−12623−LT7  
Chapter:  7  
Judge  Laura S. Taylor

**Important Notice To (Attorney For) Debtor**  
**Notice of Missing Schedule(s), Statement(s) and/or Chapter 13 Plan**

The attached petition for relief you have just filed was missing one or more of the following papers:

**Schedules A−J**  
**Statement of Financial Affairs**  
**Summary of Schedules**  
**Statistical Summary of Certain Liabilities and Related Data**  
**Statement of Current Monthly Income and Means Test Calculation (Chapter 7 individual debtors only)**

 Failure to file the missing papers within 15 days following the date the petition was filed (30 days for a Chapter 7 *Debtor's Statement of Intention*, if required) will cause your case to be dismissed pursuant to 11 U.S.C. §707(a)(3) without further notice.

Please note that Local Bankruptcy Rule 1007−4 and 1009−2 (described below) requires you to serve a copy of any late−filed schedules, statements, and(or) amendments on any trustee and, if a Chapter 11 case, the United States Trustee, and any member of the official creditors committee. Local Form CSD 1099, *Balance of Schedules* and(or) *Chapter 13 Plan,* with proof of service must accompany the originals filed with the Court. Compliance with *Special Requirements for Mailing Addresses*, (Form CSD 1007), is also required.

Unless you have already done so, you must file with the Court a statement setting forth the amount of fees paid or promised to you for services rendered in connection with the filing of this case. A *Disclosure of Compensation of Attorney for Debtor*, (Form CSD 1009), may be obtained from the Court without cost. This Disclosure Statement must be filed with the Court before the date scheduled for the Section 341(a) Meeting.

Dated: 8/26/09

Barry K. Lander  
Clerk of the Bankruptcy Court

**1007−4. REQUIRED NOTICE WHEN SCHEDULES ARE FILED AFTER THE DATE THE PETITION IS FILED**

Before filing with the clerk any lists, statements and(or) schedules that were not filed, the debtor shall:

1. Serve a copy of these papers on the United States Trustee, any interim trustee, trustee and each member of any committee appointed in this case; and

2. Give notice of the date of filing the petition to any entity who was not named in the original lists, schedules and statements filed at the commencement of the case. If applicable, the notice shall be accompanied by:

    1. a copy of the "*Order for and Notice of Section 341(a) Meeting*"; and

    2. any "*Discharge of Debt*" or "*Notice of Order Confirming Plan*"; and

    3. in a chapter 13 case, a claim form and the date, time and location of any pending Section 341(a) meeting or confirmation hearing currently scheduled; and

3. Attach to the papers filed with the court a proof of service showing compliance with this rule; and

4. In a chapter 7, 11, or 12 case, when noticing any entity not previously named in the original mailing matrix, comply with Local Bankruptcy Rule 1007−1.


**1009−2. AMENDMENT; NOTICE.**

Any amendment filed shall substantially conform to Local Form CSD 1100, **AMENDMENT**. Service shall be made in the manner required by Local Bankruptcy Rule 1007−4 and shall substantially conform to Local Form CSD 1101, **NOTICE TO CREDITORS OF THE ABOVE−NAMED DEBTOR ADDED BY AMENDMENT.**


*Forms may be obtained at the Courthouse or from the Court's website:   www.casb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: jfreyer              Page 1 of 1             Date Rcvd: Aug 26, 2009
Case: 09-12623                Form ID: 184               Total Noticed: 2

The following entities were noticed by first class mail on Aug 28, 2009.
db           +Dianne Lynn Jungers,    2383 Cardinal Dr #3,   San Diego, CA 92123-4108
aty          +Christopher R. Bush,    Doan Law Firm, LLP,    4817 Palm Ave., Suite I,    La Mesa, CA 91942-9340

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**                              **Signature:**   _Joseph Speetjens_